FILED
CLERK, U.S. DISTRICT COURT
6/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | No. 5:21-cr-00139-JGB |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Heroin; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i): Possession with Intent to Distribute and Distribution of Heroin; 21 U.S.C. § 853: Criminal Forfeiture] |
| ROBERTO ENRIQUE VERDUGO, ADRIAN OROPEZA JUAREZ, and JUAN MANUEL VALADEZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[All DEFENDANTS]

A.  OBJECT OF THE CONSPIRACY

1.  Beginning on an unknown date, but not later than in or about February 2020, and continuing to at least on or about July 23, 2020, in Orange, Los Angeles, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendants ROBERTO ENRIQUE VERDUGO, ADRIAN OROPEZA JUAREZ, and JUAN MANUEL VALADEZ conspired with each other and others known and unknown to the

Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

B.   <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

2.   The object of the conspiracy was to be accomplished, in substance, as follows:

    a.   Defendant VERDUGO supplied heroin in the Southern California area to heroin purchasers.

    b.   Defendant OROPEZA purchased heroin from defendant VERDUGO and used a trucking business that he co-owned to store the heroin for further distribution to other black-market customers.

    c.   Defendant VALADEZ transported heroin in the Southern California area.

C.   <u>OVERT ACTS</u>

3.   In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendants VERDUGO, OROPEZA, and VALADEZ, and others known and unknown to the Grand Jury, committed various overt acts in Riverside and San Bernardino Counties, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1</u>:   On or about June 18, 2020, using coded language in a telephone conversation, defendant OROPEZA arranged to pick up narcotics for a co-conspirator.

<u>Overt Act No. 2</u>:   On or about June 18, 2020, defendant VERDUGO met defendant OROPEZA in Ontario, California, where defendant VERDUGO

gave defendant OROPEZA approximately six kilograms of a mixture and substance containing a detectable amount of heroin.

Overt Act No. 3:  On or about June 18, 2020, defendant OROPEZA possessed with the intent to distribute approximately nine kilograms of a mixture and substance containing a detectable amount of heroin.

Overt Act No. 4:  On or about July 3, 2020, defendants VERDUGO and VALADEZ met in a parking lot in Fontana, California, where defendant VERDUGO gave defendant VALADEZ approximately four kilograms of a mixture and substance containing a detectable amount of heroin.

Overt Act No. 5:  On or about July 23, 2020, defendant VERDUGO possessed proceeds from heroin sales, namely, approximately $22,920 in United States currency, at his residence in San Bernardino County, California.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

[DEFENDANT OROPEZA]

On or about June 18, 2020, in San Bernardino County, within the Central District of California, defendant ADRIAN OROPEZA JUAREZ knowingly and intentionally possessed with the intent to distribute at least one kilogram, that is, approximately 9.01 kilograms, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

[DEFENDANT VERDUGO]

On or about June 18, 2020, in San Bernardino County, within the Central District of California, defendant ROBERTO ENRIQUE VERDUGO knowingly and intentionally distributed at least one kilogram, that is, approximately six kilograms, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i); 18 U.S.C. § 2(a)]

[DEFENDANTS VERDUGO AND VALADEZ]

On or about July 3, 2020, in San Bernardino County, within the Central District of California, defendants ROBERTO ENRIQUE VERDUGO and JUAN MANUEL VALADEZ, each aiding and abetting the other, knowingly and intentionally possessed with the intent to distribute at least one kilogram, that is, approximately 4.008 kilograms, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of any defendant's conviction of the offenses set forth in any of the Counts One through Four of this Indictment.

2. Any defendant, if convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense, including but not limited to $22,920 in U.S. currency seized on July 23, 2020;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant, if so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANN LUOTTO WOLF
Assistant United States Attorney
Santa Ana Branch Office