
FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF  v.  2. ADRIAN OROPEZA JUAREZ,  DEFENDANT(S). | CASE NUMBER  EDCR21-00139 JGB  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 9__, __2021__, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 8, 2021__

Douglas F. McCormick
U.S. District Judge/Magistrate Judge